UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAAN FAIEZ by and through his Guardian ad Litem, PARWIEZ FAIEZ<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC DOES 1 TO 5<br><br>Defendants. | Case No.: 3:21-cv-02722-MMC<br>[*Contra Costa Superior Court Case No.:* *CIVMSC21-00131*]<br><br>[~~PROPOSED~~] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>[Assigned to Hon. Maxine M. Chesney, U.S. District Judge]<br><br>Complaint Filed: January 27, 2021 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, ARMAAN FAIEZ by and through his Guardian ad Litem, PARWIEZ FAIEZ is hereby dismissed in its entirety, with prejudice.

Dated: July 28, 2022          By: *Maxine M. Chesney*
                              U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**